JS-6

BONNIE CHAVEZ (S.B.N. 198124)
bchavez@sag.org
COUNSEL
SCREEN ACTORS GUILD, INC.
5757 Wilshire Blvd., 8th Floor
Los Angeles, CA 90036-3600
Telephone: (323) 549-6623
Facsimile: (323) 549-6624

Attorney for Petitioner
Screen Actors Guild, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCREEN ACTORS GUILD, INC., a non-profit corporation on behalf of Affected Performers,<br><br>　　　　　Petitioner,<br>v.<br><br>SLEEPING ANGELS PRODUCTIONS, LLC,<br><br>　　　　　Respondents. | **Case No.:CV09 – 1310 DSF (AJWx)**<br><br>[PROPOSED]<br>JUDGMENT CONFIRMING ARBITRATION AWARD<br><br><br><br>**DATE:** March 30, 2009<br>**TIME:**  1:30pm<br>**COURTROOM:** Roybal, 840<br>**JUDGE**: Dale S. Fischer |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

　　　The regularly noticed Motion for Order Confirming Arbitration Award and for Entry of Judgment in Conformity Therewith of Petitioner Screen Actors Guild, Inc. ("SAG") was considered by the Court on the pleadings and without formal hearing, pursuant to Local Rule 7-15.  Having considered the pleadings and arguments submitted by the parties:

　　　IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment be entered in this proceeding as follows:

[PROPOSED] JUDGMENT CONFIRMING ARBITRATION AWARD

- 1 -

1. The arbitration award in SAG Case No. 2003-0052, dated March 5, 2005, and executed by Arbitrator Sara Adler is confirmed in all respects.

2. PRODUCER is ordered to pay as follows:

    (a)    To SAG on behalf of affected performers, the sum of $79,924.09;

    (b)    To SAG as and for SAG's attorney's fees incurred in this action, the sum of $2,400.00; and

    (c)    To SAG as and for SAG's costs incurred in this action, the sum of $600.00.

3. SAG is hereby granted an irrevocable assignment of any monies received or to be received by Respondent from the worldwide exploitation, distribution, exhibition, or other use of the theatrical picture known as, *Angels Don't Sleep Here*.

Dated: March 20, 2009

*[signature: Dale S. Fischer]*

Judge of the
U.S. District Court